AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>PAUL ERIC LATHAM<br><br>*Defendant(s)* | Case No.  4:21 MJ 7161 SPM<br><br>**SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS.** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 15, 2020__ in the county of __St. Louis City__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 2119 and 2 | Carjacking |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury the forgoing is true and correct.

*Complainant's signature*   4-25-21

Special Agent Daniel Zwiesler, FBI

*Printed name and title*

Sworn to, attested to, and affirmed before via reliable electronic means pursuant to the Federal Rules of Criminal Procedure 4.1 and 41.

Date: 04/25/2021

*Judge's signature*

City and state:  St. Louis, Missouri     Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*

AUSA BELL